The Honorable Paul L. Friedman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUBARK HUSSEIN,<br>   Also known as Mohammad Mubarak,<br>   ISN #151<br>   Detainee,<br>   Guantanamo Bay Naval Station<br>   Guantanamo Bay, Cuba;<br><br>ABDUL-SALAM GAITHAN MUREEF AL-SHIRY,<br>   As the Next Friend of the above-<br>   named Petitioner,<br><br>         Petitioners,<br><br>         v.<br><br>GEORGE W. BUSH,<br>   President of the United States, et al.,<br><br>         Respondents. | NO. 1:05CV02467<br><br>MEMORANDUM OF UNDERSTANDING |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C.

§ 641; 50 U.S.C. § 783; 28 C.F.R. § et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by work, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *MUBARK HUSSEIN, Also known as Mohammad Mubarak, ISN #151 Detainee, Guantanamo Bay Naval Station Guantanamo Bay, Cuba; ABDUL-SALAM GAITHAN MUREEF AL-SHIRY, As the Next Friend of the above-named Petitioner, v. George W. Bush,* Case No. 1:05CV02467, and I agree to comply with the provisions thereof.

Respectfully submitted this 26 day of April, 2006

Zulauf & Chambliss

_____
By Jon R. Zulauf WSBA#6936
Counsel For Mubark Hussein
Zulauf & Chambliss
1809 Seventh Avenue Suite 1301
Seattle, Washington 98101

Tel: (206) 682-1114
Fax: (206) 343-5015

## Certificate of Service

I hereby certify that a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information served upon the following person via first-class mail and e-mail on this 26 day of April, 2006.

Jon R. Zulauf, Counsel for Mubark Hussein

Terry Marcus Henry
Senior Trial Attorney
Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington DC  20530
Email:  terry.henry@usdoj.gov

**Certification of Representation Without Compensation**

Counsel for Petitioners certify, pursuant to L. CV. R. 83.2(g) that they are representing Petitioners without compensation.

_____
Jon R. Zulauf, Counsel for Mubark Hussein