The Honorable Paul L. Friedman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUBARK HUSSEIN, )
   Also known as Mohammad Mubarak, )
   ISN #151 ) NO. 1:05CV02467
   Detainee, )
   Guantanamo Bay Naval Station )
   Guantanamo Bay, Cuba; ) (PROPOSED) ORDER GRANTING ENTRY
    ) OF THE PROTECTIVE ORDER
ABDUL-SALAM GAITHAN MUREEF AL- )
SHIRY, )
   As the Next Friend of the above- )
   named Petitioner, )
    )
       Petitioners, )
    )
       v. )
    )
GEORGE W. BUSH, )
   President of the United States, *et al.*, )
    )
       Respondents. )

**PROPOSED ORDER GRANTING ENTRY OF THE PROTECTIVE ORDER**

Upon consideration of the Motion for Entry of the Protective Order, it is

ORDERED that the Amended Protective Order and Procedures for Counsel Access to

PROPOSED ORDER GRANTING ENTRY
OF THE PROTECTIVE ORDER- 1

Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 (344 F.Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.

DATED this ____ day of May, 2006.

_____
United States District Judge

Presented by:

/s/
_____
Jon R. Zulauf
Counsel for Mubark Hussein
Also Known As Mohammad Mubarak
SN #151

1809 7th Avenue Suite 1301
Seattle, WA 98101
Phone: 206-682-1114
Fax: 206-343-5015
jonzulauf@zulaufandchambliss.com