UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                              | )  |                              |
|------------------------------|----|------------------------------|
| MUBARK HUSSEIN,              | )  |                              |
|                              | )  |                              |
| Petitioner,                  | )  |                              |
|                              | )  |                              |
| v.                           | )  | Civil Action No. 05-2467 (PLF) |
|                              | )  |                              |
| GEORGE W. BUSH, et al.,      | )  |                              |
|                              | )  |                              |
| Respondents.                 | )  |                              |

_____ )

ORDER

      This matter is before the Court on petitioner's motion for entry of the three Protective Orders first issued by Judge Joyce Hens Green in other *habeas* cases brought by detainees at Guantánamo Bay.  Respondents oppose entry of the Protective Orders, arguing (as they have in other cases brought by Guantánamo detainees) that the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680, deprives this Court of jurisdiction to consider petitioner's *habeas* case.

      Central to the Protective Orders are their provisions for access to counsel. Detainees' right to meet with counsel under the Protective Order is independent of the (still-unresolved) question of the Court's jurisdiction to rule on their *habeas* petitions.  See generally Adem v. Bush, Civil No. 05-0273, Memorandum Opinion (D.D.C. Mar. 14, 2006).  Moreover, affording detainees access to counsel under the Protective Orders will help to resolve any ambiguity as to multiple petitions.  Accordingly, it is hereby

ORDERED that [6] Petitioner's Motion for Entry of Protective Order is

GRANTED; and it is

FURTHER ORDERED that the Amended Protective Order and Procedures for

Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first

issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected

Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing

Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13,

2004, in the <u>In re Guantanamo Bay Detainee Cases</u>, Civil No. 02-0299, <u>et</u> <u>al</u>., by Judge Joyce

Hens Green shall apply in this case.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 5, 2006

2