UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUBARK HUSSEIN, et al.,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-2467 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

On December 20, 2006, respondents filed a Notice of Transfer indicating that petitioner Mubark Hussein had been released from the custody of the United States and transferred to the control of the Government of Bangladesh. Accordingly, it is hereby

ORDERED that petitioner shall show cause in writing, on or before January 19, 2007, why the petition for habeas corpus in this case should not be dismissed as moot.

SO ORDERED.

　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge

DATE:  December 27, 2006