UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUBARK HUSSEIN, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-2467 (PLF) |

ORDER

On December 20, 2006, respondents filed a Notice of Transfer indicating that petitioner had been released from United States custody. On December 27, the Court issued an Order directing petitioner's counsel to show cause on or before January 19, 2007 why the pending petition for *habeas corpus* should not be dismissed as moot. Petitioner, who is represented by counsel, has not responded. Accordingly, it is hereby

ORDERED that petitioner's Petition for Writ of Habeas Corpus is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
DATE: Janury 29, 2007              United States District Judge